# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LENA MONZON RAMOS, Plaintiff, | **SUMMONS IN A CIVIL CASE** |
| v. | CASE NUMBER: E-filing |
| BANK OF AMERICA, a corporation, in its capacity as administrator of the BANK OF AMERICA LONG TERM DISABILITY PLAN; METROPOLITAN LIFE INSURANCE COMPANY, a corporation, in its capacities as a fiduciary and an administrator of the BANK OF AMERICA LONG TERM DISABILITY PLAN; and BANK OF AMERICA LONG TERM DISABILITY PLAN an ERISA-regulated employee benefit plan, Defendants. | CV 08 1375 |

TO: (Name and address of defendant)

**The above-named Defendants**

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEYS (name and address)

> Joseph A. Creitz
> LAW OFFICE OF JOSEPH A. CREITZ
> 22 Battery Street, Suite 1000
> San Francisco, CA 94111
>         and
> Joseph A. Garofolo
> LAW OFFICE OF JOSEPH A. GAROFOLO
> 22 Battery Street, Suite 1000
> San Francisco, CA 94111

An answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

(BY) DEPUTY CLERK

MARY ANN BUCKLEY

DATE  MAR 1 1 2008