1  SEDGWICK, DETERT, MORAN & ARNOLD LLP
   REBECCA A. HULL  Bar No. 99802
2  SHAWN M. WROBEL  Bar No. 230030
   One Market Plaza
3  Steuart Tower, 8th Floor
   San Francisco, California 94105
4  Telephone: (415) 781-7900
   Facsimile: (415) 781-2635
5

6  Attorneys for Defendants
   Metropolitan Life Insurance Company and
7  Bank of America Long Term Disability Benefits Plan
   (erroneously sued as Bank of America Long Term Disability Plan)
8

9

10                      UNITED STATES DISTRICT COURT

11                    NORTHERN DISTRICT OF CALIFORNIA

12

13  LENA MONZON RAMOS,                    CASE NO. CV 08-01375 PJH

14          Plaintiff,
                                          **DEFENDANTS METROPOLITAN LIFE
15     v.                                 INSURANCE COMPANY AND BANK OF
                                          AMERICA LONG TERM DISABILITY
16  BANK OF AMERICA; METROPOLITAN         BENEFITS PLAN'S CERTIFICATION OF
    LIFE INSURANCE COMPANY; BANK          INTERESTED PARTIES OR PERSONS**
17  OF AMERICA LONG TERM
    DISABILITY PLAN,                      **[CIVIL L.R. 3-16]**
18
            Defendants.
19

20          Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the

21  named parties, there is no such interest to report.

22  DATED: May 21, 2008          SEDGWICK, DETERT, MORAN & ARNOLD LLP

23

24
                                By:/s/ Shawn M. Wrobel
25                                  Rebecca A. Hull
                                    Shawn M. Wrobel
26                                  Attorneys for Defendants
                                    Metropolitan Life Insurance Company and
27                                  Bank of America Long Term Disability Benefits Plan
                                    (erroneously sued as
28                                  Bank of America Long Term Disability Plan)

                                                -1-            CASE NO. CV 08-01375 PJH
SF/1511598v1    DEFENDANTS METROPOLITAN LIFE INSURANCE COMPANY AND BANK OF AMERICA LONG TERM
                DISABILITY BENEFITS PLAN'S CERTIFICATION OF INTERESTED PARTIES OR PERSONS