1   JOSEPH A. CREITZ, STATE BAR NO. 169552
    Law Office of Joseph Creitz
2   22 Battery Street, Suite 1000
    San Francisco, CA 94111
3   Telephone:    (415) 269-3675
    Facsimile:    (415) 513-4475
4
    JOSEPH A. GAROFOLO, STATE BAR NO. 214614
5   Law Office of Joseph A. Garofolo
    22 Battery Street, Suite 1000
6   San Francisco, CA 94111
    Telephone:    (415) 981-9775
7   Facsimile:    (415) 981-9776

8   Attorneys for Plaintiff
    LENA MONZON RAMOS
9
    REBECCA A. HULL, STATE BAR NO. 99802
10  SHAWN M. WROBEL, STATE. BAR NO. 230030
    SEDGWICK, DETERT, MORAN & ARNOLD LLP
11  One Market Plaza
    Steuart Tower, 8th Floor
12  San Francisco, CA 94105
    Telephone:    (415) 781-7900
13  Facsimile:    (415) 781-2635

14  Attorneys for Defendants
    Metropolitan Life Insurance Company and
15  Bank of America Long Term Disability Benefits Plan
    (erroneously sued as Bank of America Long Term Disability
16  Plan)

17  PATRICIA K. GILLETTE, STATE BAR NO. 74461
    pgillette@orrick.com
18  KRISTEN M. JACOBY, STATE BAR NO. 243857
    kjacoby@orrick.com
19  ORRICK, HERRINGTON & SUTCLIFFE LLP
    The Orrick Building
20  405 Howard Street
    San Francisco, CA  94105-2669
21  Telephone:    +1-415-773-5700
    Facsimile:    +1-415-773-5759
22
    Attorneys for Defendant
23  BANK OF AMERICA GROUP BENEFITS PROGRAM
    (erroneously identified by Plaintiff as "Bank of America")
24

25                  UNITED STATES DISTRICT COURT

26                  NORTHERN DISTRICT OF CALIFORNIA

27

28

1    LENA MONZON RAMOS,

2         Plaintiff,

3      v.

4    BANK OF AMERICA, a corporation, in its
    capacity as administrator of the BANK OF

5    AMERICA LONG TERM DISABILITY
    PLAN; METROPOLITAN LIFE

6    INSURANCE COMPANY, a corporation, in
    its capacities as a fiduciary and an

7    administrator of the BANK OF AMERICA
    LONG TERM DISABILITY PLAN; and

8    BANK OF AMERICA LONG TERM
    DISABILITY PLAN an ERISA-regulated

9    employee benefit plan,

10        Defendants.

Case No.  3:08-cv-01375 PJH

**STIPULATION TO EXTEND TIME FOR DEFENDANT BANK OF AMERICA TO FILE A RESPONSIVE PLEADING, STIPULATION TO CONTINUE INITIAL CMC, AND [PROPOSED] ORDER CONTINUING INITIAL CMC**

Date:      July 10, 2008
Time:      2:30 p.m.
Judge:     Hon. Phyllis J. Hamilton

11

12       Defendant Bank of America Group Benefits Program's (erroneously sued as Bank of

13 America) responsive pleading to Plaintiff's Complaint is currently due on July 27, 2008.  The

14 parties hereby stipulate to an extension of time for Defendant Bank of America Group Benefits

15 Program to file a responsive pleading.  The responsive pleading will now be due on July 11,

16 2008.

17       The initial Case Management Conference is currently set for July 10, 2008.  In order to

18 allow time for the filing of a responsive pleading on behalf of Defendant Bank of America Group

19 Benefits Program, and to allow sufficient time for the parties to meet and confer, all parties

20 stipulate to, and request that the Court grant, a continuance of the Case Management Conference

21 to July 31, 2008 at 2:30 p.m., with associated deadlines to be continued accordingly.

22 ///

23 ///

24 ///

25 ///

26 ///

27 ///

28 ///

Dated: June 26, 2008

JOSEPH A. CREITZ
Law Office of Joseph Creitz

/s/  Joseph A. Creitz
JOSEPH A. CREITZ
Attorneys for Plaintiff
Lena Monzon Ramos

Dated: June 27, 2008

REBECCA A. HULL
SHAWN M. WROBEL
Sedgwick, Detert, Moran, & Arnold LLP

/s/  Rebecca A. Hull
REBECCA A. HULL
SHAWN M. WROBEL
Attorneys for Defendants
Metropolitan Life Insurance Company and Bank of
America Long Term Disability Benefits Plan

Dated: June 27, 2008

PATRICIA K. GILLETTE
KRISTEN M. JACOBY
Orrick, Herrington & Sutcliffe LLP

/s/  Kristen M. Jacoby
PATRICIA K. GILLETTE
KRISTEN M. JACOBY
Attorneys for Defendant
Bank of America Group Benefits Program

**[PROPOSED] ORDER**

**IT IS SO ORDERED.**

Dated: _____

_____
HONORABLE PHYLLIS J. HAMILTON
UNITED STATES DISTRICT COURT JUDGE

STIPULATION EXTENDING TIME TO FILE  RESPONSIVE
PLEADING, STIPULATION TO CONTINUE INITIAL CMC AND
[PROPOSED] ORDER: CASE NO. 3:08-CV-01375 PJH