1 | JOSEPH A. CREITZ, STATE BAR NO. 169552
Law Office of Joseph Creitz
2 | 22 Battery Street, Suite 1000
San Francisco, CA 94111
3 | Telephone:    (415) 269-3675
Facsimile:     (415) 513-4475
4

5 | JOSEPH A. GAROFOLO, STATE BAR NO. 214614
Law Office of Joseph A. Garofolo
6 | 22 Battery Street, Suite 1000
San Francisco, CA 94111
Telephone:    (415) 981-9775
7 | Facsimile:     (415) 981-9776

8 | Attorneys for Plaintiff
LENA MONZON RAMOS
9

REBECCA A. HULL, STATE BAR NO. 99802
10 | SHAWN M. WROBEL, STATE. BAR NO. 230030
SEDGWICK, DETERT, MORAN & ARNOLD LLP
11 | One Market Plaza
Steuart Tower, 8th Floor
12 | San Francisco, CA 94105
Telephone:    (415) 781-7900
13 | Facsimile:     (415) 781-2635

14 | Attorneys for Defendants
Metropolitan Life Insurance Company and
15 | Bank of America Long Term Disability Benefits Plan
(erroneously sued as Bank of America Long Term Disability
16 | Plan)

17 | PATRICIA K. GILLETTE, STATE BAR NO. 74461
pgillette@orrick.com
18 | KRISTEN M. JACOBY, STATE BAR NO. 243857
kjacoby@orrick.com
19 | ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
20 | 405 Howard Street
San Francisco, CA  94105-2669
21 | Telephone:    +1-415-773-5700
Facsimile:     +1-415-773-5759
22

Attorneys for Defendant
23 | BANK OF AMERICA GROUP BENEFITS PROGRAM
(erroneously identified by Plaintiff as "Bank of America")
24

25 | UNITED STATES DISTRICT COURT

26 | NORTHERN DISTRICT OF CALIFORNIA

27

28

STIPULATION EXTENDING TIME TO FILE  RESPONSIVE
PLEADING, STIPULATION TO CONTINUE INITIAL CMC AND
[PROPOSED] ORDER: CASE NO. 3:08-CV-01375 PJH

| | |
|---|---|
| LENA MONZON RAMOS,<br><br>        Plaintiff,<br><br>      v.<br><br>BANK OF AMERICA, a corporation, in its capacity as administrator of the BANK OF AMERICA LONG TERM DISABILITY PLAN; METROPOLITAN LIFE INSURANCE COMPANY, a corporation, in its capacities as a fiduciary and an administrator of the BANK OF AMERICA LONG TERM DISABILITY PLAN; and BANK OF AMERICA LONG TERM DISABILITY PLAN an ERISA-regulated employee benefit plan,<br><br>        Defendants. | Case No. 3:08-cv-01375 PJH<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANT BANK OF AMERICA TO FILE A RESPONSIVE PLEADING, STIPULATION TO CONTINUE INITIAL CMC, AND [~~PROPOSED~~] ORDER CONTINUING INITIAL CMC**<br><br>Date:     July 10, 2008<br>Time:    2:30 p.m.<br>Judge:   Hon. Phyllis J. Hamilton |

       Defendant Bank of America Group Benefits Program's (erroneously sued as Bank of America) responsive pleading to Plaintiff's Complaint is currently due on July 27, 2008. The parties hereby stipulate to an extension of time for Defendant Bank of America Group Benefits Program to file a responsive pleading. The responsive pleading will now be due on July 11, 2008.

       The initial Case Management Conference is currently set for July 10, 2008. In order to allow time for the filing of a responsive pleading on behalf of Defendant Bank of America Group Benefits Program, and to allow sufficient time for the parties to meet and confer, all parties stipulate to, and request that the Court grant, a continuance of the Case Management Conference to July 31, 2008 at 2:30 p.m., with associated deadlines to be continued accordingly.

///

///

///

///

///

///

///

| | |
|---|---|
| Dated: June 26, 2008 | JOSEPH A. CREITZ<br>Law Office of Joseph Creitz |

/s/  Joseph A. Creitz
JOSEPH A. CREITZ
Attorneys for Plaintiff
Lena Monzon Ramos

| | |
|---|---|
| Dated: June 27, 2008 | REBECCA A. HULL<br>SHAWN M. WROBEL<br>Sedgwick, Detert, Moran, & Arnold LLP |

/s/  Rebecca A. Hull
REBECCA A. HULL
SHAWN M. WROBEL
Attorneys for Defendants
Metropolitan Life Insurance Company and Bank of America Long Term Disability Benefits Plan

| | |
|---|---|
| Dated: June 27, 2008 | PATRICIA K. GILLETTE<br>KRISTEN M. JACOBY<br>Orrick, Herrington & Sutcliffe LLP |

/s/  Kristen M. Jacoby
PATRICIA K. GILLETTE
KRISTEN M. JACOBY
Attorneys for Defendant
Bank of America Group Benefits Program

## [~~PROPOSED~~] ORDER

**IT IS SO ORDERED.**

Dated: 6/30/08 _____

_____
HONORABLE ...
UNITED STATES ... JUDGE

*IT IS SO ORDERED*
*Judge Phyllis J. Hamilton*

- 3 -

STIPULATION EXTENDING TIME TO FILE RESPONSIVE PLEADING, STIPULATION TO CONTINUE INITIAL CMC AND [PROPOSED] ORDER: CASE NO. 3:08-CV-01375 PJH