| | |
|---|---|
| 1 | JOSEPH A. CREITZ, STATE BAR NO. 169552 |
|   | Law Office of Joseph Creitz |
| 2 | 22 Battery Street, Suite 1000 |
|   | San Francisco, CA 94111 |
| 3 | Telephone:    (415) 269-3675 |
|   | Facsimile:    (415) 513-4475 |
| 4 | |
|   | JOSEPH A. GAROFOLO, STATE BAR NO. 214614 |
| 5 | Law Office of Joseph A. Garofolo |
|   | 22 Battery Street, Suite 1000 |
| 6 | San Francisco, CA 94111 |
|   | Telephone:    (415) 981-9775 |
| 7 | Facsimile:    (415) 981-9776 |
| 8 | Attorneys for Plaintiff |
|   | LENA MONZON RAMOS |
| 9 | |
|   | REBECCA A. HULL, STATE BAR NO. 99802 |
| 10 | SHAWN M. WROBEL, STATE. BAR NO. 230030 |
|   | SEDGWICK, DETERT, MORAN & ARNOLD LLP |
| 11 | One Market Plaza |
|   | Steuart Tower, 8th Floor |
| 12 | San Francisco, CA 94105 |
|   | Telephone:    (415) 781-7900 |
| 13 | Facsimile:    (415) 781-2635 |
| 14 | Attorneys for Defendants |
|   | Metropolitan Life Insurance Company and |
| 15 | Bank of America Long Term Disability Benefits Plan |
|   | (erroneously sued as Bank of America Long Term Disability |
| 16 | Plan) |
| 17 | PATRICIA K. GILLETTE, STATE BAR NO. 74461 |
|   | pgillette@orrick.com |
| 18 | KRISTEN M. JACOBY, STATE BAR NO. 243857 |
|   | kjacoby@orrick.com |
| 19 | ORRICK, HERRINGTON & SUTCLIFFE LLP |
|   | The Orrick Building |
| 20 | 405 Howard Street |
|   | San Francisco, CA  94105-2669 |
| 21 | Telephone:    +1-415-773-5700 |
|   | Facsimile:    +1-415-773-5759 |
| 22 | |
|   | Attorneys for Defendant |
| 23 | BANK OF AMERICA GROUP BENEFITS PROGRAM |
|   | (erroneously identified by Plaintiff as "Bank of America") |
| 24 | |
| 25 | |
|   | UNITED STATES DISTRICT COURT |
| 26 | |
|   | NORTHERN DISTRICT OF CALIFORNIA |
| 27 | |
| 28 | |

| | | |
|---|---|---|
| 1 | LENA MONZON RAMOS, | Case No. 3:08-cv-01375 PJH |
| 2 | Plaintiff, | **STIPULATION TO EXTEND TIME FOR DEFENDANT BANK OF AMERICA TO FILE A RESPONSIVE PLEADING, STIPULATION TO CONTINUE INITIAL CMC, AND [PROPOSED] ORDER CONTINUING INITIAL CMC** |
| 3 | v. | |
| 4-9 | BANK OF AMERICA, a corporation, in its capacity as administrator of the BANK OF AMERICA LONG TERM DISABILITY PLAN; METROPOLITAN LIFE INSURANCE COMPANY, a corporation, in its capacities as a fiduciary and an administrator of the BANK OF AMERICA LONG TERM DISABILITY PLAN; and BANK OF AMERICA LONG TERM DISABILITY PLAN an ERISA-regulated employee benefit plan, | Date:   July 10, 2008<br>Time:   2:30 p.m.<br>Judge:  Hon. Phyllis J. Hamilton |
| 10 | Defendants. | |

Defendant Bank of America Group Benefits Program's (erroneously sued as Bank of America) responsive pleading to Plaintiff's Complaint is currently due on July 27, 2008. The parties hereby stipulate to an extension of time for Defendant Bank of America Group Benefits Program to file a responsive pleading. The responsive pleading will now be due on July 11, 2008.

The initial Case Management Conference is currently set for July 10, 2008. In order to allow time for the filing of a responsive pleading on behalf of Defendant Bank of America Group Benefits Program, and to allow sufficient time for the parties to meet and confer, all parties stipulate to, and request that the Court grant, a continuance of the Case Management Conference to July 31, 2008 at 2:30 p.m., with associated deadlines to be continued accordingly.

///
///
///
///
///
///
///

- 2 -

STIPULATION EXTENDING TIME TO FILE RESPONSIVE PLEADING, STIPULATION TO CONTINUE INITIAL CMC AND [PROPOSED] ORDER: CASE NO. 3:08-CV-01375 PJH

| | |
|---|---|
| Dated: June 26, 2008 | JOSEPH A. CREITZ<br>Law Office of Joseph Creitz |

/s/ Joseph A. Creitz
JOSEPH A. CREITZ
Attorneys for Plaintiff
Lena Monzon Ramos

| | |
|---|---|
| Dated: June 27, 2008 | REBECCA A. HULL<br>SHAWN M. WROBEL<br>Sedgwick, Detert, Moran, & Arnold LLP |

/s/ Rebecca A. Hull
REBECCA A. HULL
SHAWN M. WROBEL
Attorneys for Defendants
Metropolitan Life Insurance Company and Bank of America Long Term Disability Benefits Plan

| | |
|---|---|
| Dated: June 27, 2008 | PATRICIA K. GILLETTE<br>KRISTEN M. JACOBY<br>Orrick, Herrington & Sutcliffe LLP |

/s/ Kristen M. Jacoby
PATRICIA K. GILLETTE
KRISTEN M. JACOBY
Attorneys for Defendant
Bank of America Group Benefits Program

[~~PROPOSED~~] ORDER

**IT IS SO ORDERED.**

Dated: 6/30/08

HONORABLE ~~[signature: Judge Phyllis J. Hamilton]~~
UNITED STATES DISTRICT JUDGE

IT IS SO ORDERED
Judge Phyllis J. Hamilton

- 3 -

STIPULATION EXTENDING TIME TO FILE RESPONSIVE PLEADING, STIPULATION TO CONTINUE INITIAL CMC AND [PROPOSED] ORDER: CASE NO. 3:08-CV-01375 PJH