UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

LENA RAMOS

CASE NO. 08-01375 PJH

                Plaintiff(s),

v.

NOTICE OF NEED FOR ADR PHONE CONFERENCE

BANK OF AMERICA, et al.

                Defendant(s).
_____/

Counsel report that they have met and conferred regarding ADR and that they:

✓ have not yet reached an agreement to an ADR process
    request an Early Settlement Conference with a Magistrate Judge

Date of Case Management Conference July 10, 2008 (the parties anticipate that the CMC will be continued to July 31, 2008)

The following counsel will participate in the ADR phone conference:

| Name | Party Representing | Phone No. | E-Mail Address |
|---|---|---|---|
| Joseph A. Creitz, counsel for Plaintiff, 415-269-3675, joe@josephcreitz.com | | | |
| Kristen Jacoby, counsel for Defendant Bank of America Group Benefits Program, 415-773-5847, kjacoby@orrick.com | | | |
| Rebecca Hull, counsel for Defendants Metropolitan Life Insurance Company and Bank of America Long Term Disability Benefits Plan, .415-627-1565, rebecca.hull@sdma.com | | | |

*Civil Local Rule 16-8 and ADR Local Rule 3-5 require that lead trial counsel participate in a telephone conference with a member of the ADR Legal Staff before the Case Management Conference. The ADR Unit (adr@cand.uscourts.gov) will notify you of the date and time of your phone conference.*

Dated: June 27, 2008
Dated: June 27, 2008
Dated: June 27, 2008

/S/Joseph A. Creitz
Attorney for Plaintiff
/s/ Rebecca Hull, and
/S/Kristin Jacoby
Attorney for Defendant S

Rev 12.05 When filing this document in ECF, please be sure to use the ADR Docket Event entitled "Notice of Need for ADR Phone Conference (ADR L.R. 3-5 d)."