1  Joseph A. Creitz, Cal Bar No. 169552
2  Email: joseph.creitz@gmail.com
   LAW OFFICE OF JOSEPH CREITZ
3  22 Battery Street, Suite 1000
4  San Francisco, CA 94111
   Telephone: (415) 269-3675
5  Facsimile: (415) 513-4475

6
   Joseph A. Garofolo, Cal. Bar No. 214614
7  Email: erisalaw@sbcglobal.net
   LAW OFFICE OF JOSEPH A. GAROFOLO
8  22 Battery Street, Suite 1000
9  San Francisco, CA  94111
   Telephone: (415) 981-9775
10 Facsimile: (415) 981-9776
11 Attorneys for Plaintiff

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LENA MONZON RAMOS, | Case No. CV-08-1375 PJH |
| Plaintiff, | PLAINTIFF'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS UNDER CIVIL LOCAL RULE 3-16 |
| vs. | |
| BANK OF AMERICA, a corporation, in its capacity as administrator of the BANK OF AMERICA LONG TERM DISABILITY PLAN; METROPOLITAN LIFE INSRURANCE COMPANY, a corporation, in its capacities as a fiduciary and an administrator of the BANK OF AMERICA LONG TERM DISABILITY PLAN; and BANK OF AMERICA LONG TERM DISABILITY PLAN an ERISA-regulated employee benefit plan, | |
| Defendants. | |

1

1  Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date,
2  other than the named parties, there is no such interest to report.
3      Dated:  July 18, 2008
4
5                                         LAW OFFICE OF JOSEPH A. GAROFOLO
6                                         LAW OFFICE OF JOSEPH A. CREITZ
7
8       By    /s/ Joseph A. Creitz
            Joseph A. Creitz
9           Attorneys for Plaintiff Lena Ramos
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28