1  PATRICIA K. GILLETTE, STATE BAR NO. 74461
   pgillette@orrick.com
2  KRISTEN M. JACOBY, STATE BAR NO. 243857
   kjacoby@orrick.com
3  ORRICK, HERRINGTON & SUTCLIFFE LLP
   The Orrick Building
4  405 Howard Street
   San Francisco, CA  94105-2669
5  Telephone:   +1-415-773-5700
   Facsimile:   +1-415-773-5759
6
   Attorneys for Defendant
7  BANK OF AMERICA GROUP BENEFITS PROGRAM
   (erroneously identified by Plaintiff as "Bank of America")
8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LENA MONZON RAMOS,<br><br>          Plaintiff,<br><br>     v.<br><br>BANK OF AMERICA, a corporation, in its capacity as administrator of the BANK OF AMERICA LONG TERM DISABILITY PLAN; METROPOLITAN LIFE INSURANCE COMPANY, a corporation, in its capacities as a fiduciary and an administrator of the BANK OF AMERICA LONG TERM DISABILITY PLAN; and BANK OF AMERICA LONG TERM DISABILITY PLAN an ERISA-regulated employee benefit plan,<br><br>          Defendants. | Case No.  3:08-cv-01375 PJH<br><br>**DEFENDANT BANK OF AMERICA GROUP BENEFITS PROGRAM'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |

1  Pursuant to Civil L.R 3-16, the undersigned, on behalf of Defendant Bank of America Group Benefits Program (erroneously sued as Bank of America) certifies that the following listed corporation and national banking association may (i) have a financial interest in the subject matter in controversy or a party to the proceeding or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

(1)  Bank of America Corporation;

(2)  Bank of America, National Association.

Bank of America, National Association is a wholly owned subsidiary of N.B. Holdings Corporation which is a wholly owned subsidiary of Bank of America Corporation.

Bank of America Corporation is the sponsor of the Bank of America Group Benefits Program and Bank of America, National Association is the participant employer of Plaintiff.

Dated: July 23, 2008

PATRICIA K. GILLETTE
KRISTEN M. JACOBY
Orrick, Herrington & Sutcliffe LLP


/s/ Kristen M. Jacoby
PATRICIA K. GILLETTE
KRISTEN M. JACOBY
Attorneys for Defendant
BANK OF AMERICA GROUP BENEFITS PROGRAM

- 2 -

DEFENDANT BANK OF AMERICA GROUP BENEFITS PROGRAM'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS: CASE No. 3:08-CV-01375 PJH