SEDGWICK, DETERT, MORAN & ARNOLD LLP
REBECCA A. HULL  Bar No. 99802
One Market Plaza
Steuart Tower, 8th Floor
San Francisco, California 94105
Telephone: (415) 781-7900
Facsimile: (415) 781-2635

Attorneys for Defendants
Metropolitan Life Insurance Company and
Bank of America Long Term Disability Benefits Plan
(erroneously sued as Bank of America Long Term Disability Plan)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LENA MONZON RAMOS, | CASE NO. CV 08-01375 PJH |
| Plaintiff, | **NOTICE OF CHANGE IN COUNSEL** |
| v. | |
| BANK OF AMERICA; METROPOLITAN LIFE INSURANCE COMPANY; BANK OF AMERICA LONG TERM DISABILITY PLAN, | |
| Defendants. | |

Defendants Metropolitan Life Insurance Company and Bank of America Long Term Disability Benefits Plan (erroneously sued as Bank of America Long Term Disability Plan) requests that Shawn M. Wrobel be removed from the e-filing service list for this matter.  Shawn M. Wrobel is no longer with this firm.

DATED:  July 24, 2008          SEDGWICK, DETERT, MORAN & ARNOLD LLP


By:/s/ Rebecca A. Hull
   Rebecca A. Hull
   Attorney for Defendants
   Metropolitan Life Insurance Company and
   Bank of America Long Term Disability Benefits Plan
   (erroneously sued as
   Bank of America Long Term Disability Plan)