**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**CIVIL MINUTES**

**Date:** July 31, 2008                        **JUDGE:** Phyllis J. Hamilton

**Case No:** C-08-1375 PJH

**Case Name:** Lena M. Ramos v. Bank of America, et al.

**Attorney(s) for Plaintiff:**     Joseph Creitz; Joseph A. Garofolo
**Attorney(s) for Defendant:**    Brooke D. Andrich (B of A); Rebecca A. Hull (MetLife)

**Deputy Clerk:** Nichole Heuerman          **Court Reporter:** Not Reported

**PROCEEDINGS**

     Initial Case Management Conference-Held.  The court informs the parties that they will need to reconsider consenting to a magistrate judge for all purposes.  Each side shall meet and confer with client and inform the court in writing within one week if they will or will not consent.

     The parties shall meet and confer regarding discovery.  If an agreement is not reached then plaintiff shall file a motion to compel with the court within 60 days.  The court will most likely hear this motion and not refer it to a magistrate judge.  The parties shall meet and confer again once the discovery issue is resolved and submit a stipulated briefing schedule for cross motions for summary judgment to the court.  The parties are handed copies of the courts pretrial instructions.

**Order to be prepared by:**  [] Pl [] Def  []  Court

**Notes:**

**cc:** file; Alex