1  SEDGWICK, DETERT, MORAN & ARNOLD LLP
   REBECCA A. HULL  Bar No. 99802
2  One Market Plaza
   Steuart Tower, 8th Floor
3  San Francisco, California 94105
   Telephone: (415) 781-7900
4  Facsimile: (415) 781-2635

5  Attorneys for Defendants
   Metropolitan Life Insurance Company and
6  Bank of America Long Term Disability Benefits Plan
   (erroneously sued as Bank of America Long Term Disability Plan)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| LENA MONZON RAMOS, | CASE NO. CV 08-01375 PJH |
|---|---|
| Plaintiff, | DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE |
| v. | |
| BANK OF AMERICA; METROPOLITAN LIFE INSURANCE COMPANY; BANK OF AMERICA LONG TERM DISABILITY PLAN, | |
| Defendants. | |

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition.

DATED:  August 6, 2008            SEDGWICK, DETERT, MORAN & ARNOLD LLP


By:/s/ Rebecca A. Hull
      Rebecca A. Hull
      Attorneys for Defendants
      Metropolitan Life Insurance Company and
      Bank of America Long Term Disability Benefits Plan
      (erroneously sued as
      Bank of America Long Term Disability Plan)