Joseph A. Creitz, Cal Bar No. 169552
Email: joseph.creitz@gmail.com
THE LAW OFFICE OF JOSEPH CREITZ, P.C.
22 Battery Street, Suite 1000
San Francisco, CA 94111
Telephone: (415) 269-3675
Facsimile: (415) 513-4475

Joseph A. Garofolo, Cal. Bar No. 214614
Email: erisalaw@sbcglobal.net
LAW OFFICE OF JOSEPH A. GAROFOLO, P.C.
22 Battery Street, Suite 1000
San Francisco, CA 94111
Telephone: (415) 981-9775
Facsimile: (415) 981-9776

Attorneys for Plaintiff

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LENA MONZON RAMOS,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>BANK OF AMERICA, a corporation, in its capacity as administrator of the BANK OF AMERICA LONG TERM DISABILITY PLAN; METROPOLITAN LIFE INSURANCE COMPANY, a corporation, in its capacities as a fiduciary and an administrator of the BANK OF AMERICA LONG TERM DISABILITY PLAN; and BANK OF AMERICA LONG TERM DISABILITY PLAN an ERISA-regulated employee benefit plan,<br><br>　　　　Defendants. | Case No. CV-08-1375 PJH<br><br><br>PLAINTIFF'S DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE<br><br>Date:　　　July 31, 2008<br><br>Time:　　　2:30 p.m.<br><br>Courtroom of the Honorable Judge Phyllis J. Hamilton |

1

1    Pursuant to the request of the Court at the Initial Case Management Conference held on
2    July 31, 2008, Plaintiff hereby gives notice of her declination to have the instant case reassigned
3    to a Magistrate Judge for all purposes.
4    Date:   August 6, 2008

LAW OFFICE OF JOSEPH A. GAROFOLO, P.C.

THE LAW OFFICE OF JOSEPH A. CREITZ, P.C.

By    /s/ Joseph A. Creitz
    Joseph A. Creitz
    Attorneys for Plaintiff Lena Ramos