| | |
|---|---|
| 1 | PATRICIA K. GILLETTE, STATE BAR NO. 74461 |
|   | pgillette@orrick.com |
| 2 | KRISTEN M. JACOBY, STATE BAR NO. 243857 |
|   | kjacoby@orrick.com |
| 3 | ORRICK, HERRINGTON & SUTCLIFFE LLP |
|   | The Orrick Building |
| 4 | 405 Howard Street |
|   | San Francisco, CA 94105-2669 |
| 5 | Telephone:    +1-415-773-5700 |
|   | Facsimile:    +1-415-773-5759 |
| 6 | |
| 7 | Attorneys for Defendant |
|   | BANK OF AMERICA GROUP BENEFITS PROGRAM |
|   | (erroneously identified by Plaintiff as "Bank of America") |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LENA MONZON RAMOS, | Case No. 3:08-cv-01375 PJH |
| Plaintiff, | **DEFENDANT BANK OF AMERICA GROUP BENEFITS PROGRAM'S DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE** |
| v. | |
| BANK OF AMERICA, a corporation, in its capacity as administrator of the BANK OF AMERICA LONG TERM DISABILITY PLAN; METROPOLITAN LIFE INSURANCE COMPANY, a corporation, in its capacities as a fiduciary and an administrator of the BANK OF AMERICA LONG TERM DISABILITY PLAN; and BANK OF AMERICA LONG TERM DISABILITY PLAN an ERISA-regulated employee benefit plan, | |
| Defendants. | |

Pursuant to the request of the Court at the Initial Case Management Conference on July 31, 2008, Defendant Bank of America Group Benefits Program hereby gives notice of its declination to have this matter reassigned to a Magistrate Judge for all purposes.

Dated: August 6, 2008

PATRICIA K. GILLETTE
KRISTEN M. JACOBY
Orrick, Herrington & Sutcliffe LLP


/s/ Kristen M. Jacoby
PATRICIA K. GILLETTE
KRISTEN M. JACOBY
Attorneys for Defendant
BANK OF AMERICA GROUP BENEFITS PROGRAM

- 2 -

DEFENDANT BANK OF AMERICA GROUP BENEFITS PROGRAM'S DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE: CASE NO. 3:08-CV-01375 PJH