SEDGWICK, DETERT, MORAN & ARNOLD LLP
REBECCA A. HULL  Bar No. 99802
MICHELLE Y. MCISAAC Bar No. 215294
One Market Plaza
Steuart Tower, 8th Floor
San Francisco, California 94105
Telephone: (415) 781-7900
Facsimile: (415) 781-2635

Attorneys for Defendants
Metropolitan Life Insurance Company and
Bank of America Long Term Disability Benefits Plan
(erroneously sued as Bank of America Long Term Disability Plan)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LENA MONZON RAMOS,<br><br>          Plaintiff,<br><br>     v.<br><br>BANK OF AMERICA;<br>METROPOLITAN LIFE INSURANCE<br>COMPANY; BANK OF AMERICA<br>LONG TERM DISABILITY PLAN,<br><br>          Defendants. | CASE NO. CV 08-01375 PJH<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO FILE MOTION TO COMPEL** |

Defendants Metropolitan Life Insurance Company ("MetLife") and Bank of America Long Term Disability Benefits Plan ("defendants" herein) and plaintiff Lena Monzon Ramos, by and through their attorneys of record, hereby agree and stipulate as follows:

1.     On July 31, 2008, this Court held a Case Management Conference in which the Court ordered that the parties would have sixty (60) days to file a motion to compel discovery, that is, on or before September 29, 2008;

2.     Following discussions between plaintiff and defendants regarding discovery issues, plaintiff served her first set of interrogatories and her first set of requests for production of documents on MetLife, on August 29, 2008.  MetLife's responses to plaintiff's discovery currently are due September 30, 2008;

3. The parties have stipulated that plaintiff may have an extension, until October 28, 2008, in which to file any motions to compel discovery in this action, and request that the Court so order.

IT IS SO STIPULATED.

DATED: September 30, 2008     SEDGWICK, DETERT, MORAN & ARNOLD LLP

By: _____/s/  Michelle Y. McIsaac_____
    Rebecca A. Hull
    Michelle Y. McIsaac
    Attorneys for Defendants
    Metropolitan Life Insurance Company and Bank of America Long Term Disability Benefits Plan

DATED: September __, 2008     THE LAW OFFICE OF JOSEPH CREITZ, P.C.

By:_____
    Joseph Creitz
    Attorney for Plaintiff
    Lena Monzon Ramos

### ORDER

Upon the stipulation of the parties, IT IS SO ORDERED.

DATED:  9/30/08

_____
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT

IT IS SO ORDERED
Judge Phyllis J. Hamilton