1 JOSEPH A. CREITZ, STATE BAR NO. 169552
Law Office of Joseph Creitz
2 22 Battery Street, Suite 1000
San Francisco, CA 94111
3 Telephone:    (415) 269-3675
Facsimile:     (415) 513-4475
4
JOSEPH A. GAROFOLO, STATE BAR NO. 214614
5 Law Office of Joseph A. Garofolo
22 Battery Street, Suite 1000
6 San Francisco, CA 94111
Telephone:    (415) 981-9775
7 Facsimile:     (415) 981-9776

8 Attorneys for Plaintiff
LENA MONZON RAMOS
9

10 Please See Next Page for Additional Counsel

11

12                    UNITED STATES DISTRICT COURT

13                    NORTHERN DISTRICT OF CALIFORNIA

14

15 | LENA MONZON RAMOS, | Case No. 3:08-cv-01375 PJH |
|---|---|
| Plaintiff, | **STIPULATION AND [~~PROPOSED~~] ORDER REFERRING CASE TO ADR** |
| v. | Date:   October 9, 2008 |
| BANK OF AMERICA, a corporation, in its capacity as administrator of the BANK OF AMERICA LONG TERM DISABILITY PLAN; METROPOLITAN LIFE INSURANCE COMPANY, a corporation, in its capacities as a fiduciary and an administrator of the BANK OF AMERICA LONG TERM DISABILITY PLAN; and BANK OF AMERICA LONG TERM DISABILITY PLAN an ERISA-regulated employee benefit plan, | Judge:  Hon. Phyllis J. Hamilton |
| Defendants. | |

25

26 / / /

27 / / /

28 / / /

1  Additional Counsel:

2  REBECCA A. HULL, STATE BAR NO. 99802
   SEDGWICK, DETERT, MORAN & ARNOLD LLP
3  One Market Plaza
   Steuart Tower, 8th Floor
4  San Francisco, CA 94105
   Telephone:   (415) 781-7900
5  Facsimile:   (415) 781-2635

6  Attorneys for Defendants
   Metropolitan Life Insurance Company and
7  Bank of America Long Term Disability Benefits Plan
   (erroneously sued as Bank of America Long Term Disability
8  Plan)

9  PATRICIA K. GILLETTE, STATE BAR NO. 74461
   pgillette@orrick.com
10 KRISTEN M. JACOBY, STATE BAR NO. 243857
   kjacoby@orrick.com
11 ORRICK, HERRINGTON & SUTCLIFFE LLP
   The Orrick Building
12 405 Howard Street
   San Francisco, CA  94105-2669
13 Telephone:   +1-415-773-5700
   Facsimile:   +1-415-773-5759
14
   Attorneys for Defendant
15 BANK OF AMERICA GROUP BENEFITS PROGRAM
   (erroneously identified by Plaintiff as "Bank of America")
16

17 / / /

18 / / /

19 / / /

20 / / /

21 / / /

22 / / /

23 / / /

24 / / /

25 / / /

26 / / /

27 / / /

28 / / /

Counsel have met and conferred regarding ADR and have reached the following stipulation: The parties request a referral to mediation through the Court's ADR program. The parties agree to hold the ADR session by the presumptive deadline.

Dated: October 8, 2008    JOSEPH A. GAROFOLO
Law Office of Joseph A. Garofolo, P.C.
JOSEPH A. CREITZ
The Law Office of Joseph A. Creitz, P.C.


/s/ Joseph A. Creitz
JOSEPH A. CREITZ
Attorneys for Plaintiff Lena Monzon Ramos


Dated: October 8, 2008    REBECCA A. HULL
Sedgwick, Detert, Moran, & Arnold LLP


/s/ Rebecca A. Hull
REBECCA A. HULL
Attorneys for Defendants
Metropolitan Life Insurance Company and Bank of America Long Term Disability Benefits Plan


Dated: October 9, 2008    PATRICIA K. GILLETTE
KRISTEN M. JACOBY
Orrick, Herrington & Sutcliffe LLP


/s/ Kristen M. Jacoby
PATRICIA K. GILLETTE
KRISTEN M. JACOBY
Attorneys for Defendant
Bank of America Group Benefits Program

# [~~PROPOSED~~] ORDER

Pursuant to the Stipulation above, the captioned matter is hereby referred to ADR. The deadline for the ADR session is 90 days from the date of this Order.

**IT IS SO ORDERED.**

Dated: 10/15/08



HON. PHYLLIS J. HAMILTON
UNITED STATES DISTRICT COURT JUDGE