SEDGWICK, DETERT, MORAN & ARNOLD LLP
REBECCA A. HULL  Bar No. 99802
MICHELLE Y. MCISAAC Bar No. 215294
One Market Plaza
Steuart Tower, 8th Floor
San Francisco, California 94105
Telephone: (415) 781-7900
Facsimile: (415) 781-2635

Attorneys for Defendants
Metropolitan Life Insurance Company and
Bank of America Long Term Disability Benefits Plan
(erroneously sued as Bank of America Long Term Disability Plan)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LENA MONZON RAMOS, | CASE NO. CV 08-01375 PJH |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO CONTINUE DATE TO COMPLETE ADR AND DISCOVERY DATES** |
| v. | |
| BANK OF AMERICA; METROPOLITAN LIFE INSURANCE COMPANY; BANK OF AMERICA LONG TERM DISABILITY PLAN, | |
| Defendants. | |

Defendants Metropolitan Life Insurance Company ("MetLife"), Bank of America Long Term Disability Benefits Plan ("Plans" herein), Bank of America Group Benefits Program, and plaintiff Lena Monzon Ramos, by and through their respective attorneys of record, hereby agree and stipulate as follows:

1. On October 15, 2008, pursuant to Stipulation, this Court ordered that ADR be completed no later than January 13, 2009;

2. Following discussion, the parties are in agreement that it would be in the interests of all parties, and consistent with judicial economy, for the potential discovery and related issues, as well as substantive motions, to be deferred while the parties attempt to mediate their disputes.

3. The parties and mediator have conferred and have concluded that the first mutually

1  available date for mediation is January 20, 2009; and

2       4.   The parties agree that if the mediation is not successful, a period of 120 days
3  thereafter would be sufficient time in which to conduct any necessary discovery procedures,
4  including potential motions.

5       WHEREFORE, the parties, by and through their respective counsel stipulate, and request
6  that the Court order, as follows:

7                           STIPULATION

8       1.   The parties agree to participate in mediation on January 20, 2009.

9       2.   Mediation shall be completed no later than February 1, 2009.

10      3.   Discovery, if any, including any related motions, shall be completed not
11 later than June 1, 2009.

12      IT IS SO STIPULATED.

13 DATED: December 18, 2008     SEDGWICK, DETERT, MORAN & ARNOLD LLP

14

15                              By:    /s/ Rebecca A. Hull
                                    Rebecca A. Hull
16                                  Michelle Y. McIsaac
                                    Attorneys for Defendants
17                                  Metropolitan Life Insurance Company and Bank of
                                    America Long Term Disability Benefits Plan
18

19 DATED: December 18, 2008     THE LAW OFFICE OF JOSEPH CREITZ, P.C.

20

21                              By:/s/ Joseph Creitz (as authorized on 12/18/08)
                                    Joseph Creitz
22                                  Attorney for Plaintiff
                                    Lena Monzon Ramos
23

24 DATED: December 18, 2008     ORRICK, HERRINGTON & SUTCLIFFE LLP

25

26
                                By:/s/ Kristen M. Jacoby (as authorized on 12/18/08)
27                                  Kristen M. Jacoby
                                    Attorney for Defendant
28                                  Bank of America Group Benefits Program

-2-                                        CASE NO. CV 08-01375 PJH

SF/1555432v1

STIPULATION AND [PROPOSED] ORDER TO
CONTINUE DATE TO COMPLETE ADR AND DISCOVERY DATES

1
2
## ORDER

Upon the stipulation of the parties, and good cause appearing, IT IS SO ORDERED.

DATED: 12/30/08

_____
UNITED STATES DISTRICT COURT JUDGE



-3-   CASE NO. CV 08-01375 PJH
STIPULATION AND [PROPOSED] ORDER TO
CONTINUE DATE TO COMPLETE ADR AND DISCOVERY DATES