| | |
|---|---|
| 1 | SEDGWICK, DETERT, MORAN & ARNOLD LLP |
|   | REBECCA A. HULL  Bar No. 99802 |
| 2 | MICHELLE Y. MCISAAC Bar No. 215294 |
|   | One Market Plaza |
| 3 | Steuart Tower, 8th Floor |
|   | San Francisco, California 94105 |
| 4 | Telephone: (415) 781-7900 |
|   | Facsimile: (415) 781-2635 |
| 5 | |
|   | Attorneys for Defendants |
| 6 | Metropolitan Life Insurance Company and |
|   | Bank of America Long Term Disability Benefits Plan |
| 7 | (erroneously sued as Bank of America Long Term Disability Plan) |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LENA MONZON RAMOS, | CASE NO. CV 08-01375 PJH |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO CONTINUE DISCOVERY DATES AND DEADLINES** |
| v. | |
| BANK OF AMERICA; METROPOLITAN LIFE INSURANCE COMPANY; BANK OF AMERICA LONG TERM DISABILITY PLAN, | |
| Defendants. | |

Defendants Metropolitan Life Insurance Company ("MetLife"), Bank of America Long Term Disability Benefits Plan ("Plans" herein), Bank of America Group Benefits Program ("BofA"), and plaintiff Lena Monzon Ramos, by and through their respective attorneys of record, hereby agree and stipulate as follows:

1. Pursuant to Stipulation and Court Order, it was agreed that it would be in the interests of all parties, and consistent with judicial economy, for the potential discovery and related issues, as well as substantive motions, be deferred while the parties attempted to mediate their disputes.

2. It was further agreed that if the mediation was not successful, a period of 120 days thereafter, would be sufficient time in which to conduct any necessary discovery procedures, including potential motions.

3. A mediation was held on January 23, 2009, which was unsuccessful.

WHEREFORE, the parties, by and through their respective counsel stipulate, and request that the Court order, as follows:

## STIPULATION

1. The parties agree that MetLife's outstanding discovery responses to plaintiff's Request for Production, set two, will be due March 13, 2009.

2. The parties agree that BofA's outstanding responses to plaintiff's discovery will be due March 13, 2009.

3. The parties further agree that plaintiff's motion to compel discovery, if any, will be filed on or about April 17, 2009, to be noticed for hearing not earlier than June 4, 2009.

IT IS SO STIPULATED.

DATED: February 24, 2009        SEDGWICK, DETERT, MORAN & ARNOLD LLP


By:  */s/ Michelle Y. McIsaac*
     Rebecca A. Hull
     Michelle Y. McIsaac
     Attorneys for Defendants
     Metropolitan Life Insurance Company and Bank of
     America Long Term Disability Benefits Plan

DATED: February 24, 2009        THE LAW OFFICE OF JOSEPH A. CREITZ, P.C.

                                LAW OFFICE OF JOSEPH A. GAROFOLO, P.C.


By:  */s/ Joseph A. Creitz*
     Joseph A. Creitz
     Attorneys for Plaintiff
     Lena Monzon Ramos

DATED: February 24, 2009             ORRICK, HERRINGTON & SUTCLIFFE LLP


By:   */s/ Kristen M. Jacoby*
    Kristen M. Jacoby
    Attorney for Defendant
    Bank of America Group Benefits Program

## ORDER

Upon the stipulation of the parties, and good cause appearing, IT IS SO ORDERED.

DATED:  2/26/09

_____
UNITED STATES DISTRICT COURT JUDGE

