SEDGWICK, DETERT, MORAN & ARNOLD LLP
REBECCA A. HULL  Bar No. 99802
MICHELLE Y. MCISAAC Bar No. 215294
One Market Plaza
Steuart Tower, 8th Floor
San Francisco, California 94105
Telephone: (415) 781-7900
Facsimile: (415) 781-2635

Attorneys for Defendants
Metropolitan Life Insurance Company and
Bank of America Long Term Disability Benefits Plan
(erroneously sued as Bank of America Long Term Disability Plan)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LENA MONZON RAMOS,<br><br>       Plaintiff,<br><br>v.<br><br>BANK OF AMERICA; METROPOLITAN LIFE INSURANCE COMPANY; BANK OF AMERICA LONG TERM DISABILITY PLAN,<br><br>       Defendants. | CASE NO. CV 08-01375 PJH<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE DISCOVERY DATES AND DEADLINES** |

Defendants Metropolitan Life Insurance Company ("MetLife"), Bank of America Long Term Disability Benefits Plan ("Plans" herein), Bank of America Group Benefits Program ("BofA"), and plaintiff Lena Monzon Ramos, by and through their respective attorneys of record, hereby agree and stipulate as follows:

1. Pursuant to Stipulation and Court Order, it was agreed that it would be in the interests of all parties, and consistent with judicial economy, for the potential discovery and related issues, as well as substantive motions, be deferred while the parties attempted to mediate their disputes.

2. It was further agreed that if the mediation was not successful, a period of 120 days thereafter, should be sufficient time in which to conduct any necessary discovery procedures,

1. including potential motions.

2.     3.    A mediation was held on January 23, 2009, which was unsuccessful.

3.     4.    The parties have agreed that additional time is needed for plaintiff to file her motion to compel discovery, due to the current illness of her counsel.

WHEREFORE, the parties, by and through their respective counsel stipulate, and request that the Court order, as follows:

### STIPULATION

The parties agree that plaintiff's motion to compel discovery, if any, will be filed on or before May 7, 2009, and will be noticed for hearing not earlier than June 25, 2009.

IT IS SO STIPULATED.

DATED: April 16, 2009    SEDGWICK, DETERT, MORAN & ARNOLD LLP

By:   */s/ Rebecca A. Hull*
Rebecca A. Hull
Michelle Y. McIsaac
Attorneys for Defendants
Metropolitan Life Insurance Company and Bank of America Long Term Disability Benefits Plan

DATED: April 16, 2009    THE LAW OFFICE OF JOSEPH A. CREITZ, P.C.

LAW OFFICE OF JOSEPH A. GAROFOLO, P.C.

By:   */s/ Joseph A. Creitz*
Joseph A. Creitz
Attorneys for Plaintiff
Lena Monzon Ramos

### ORDER

Upon the stipulation of the parties, and good cause appearing, IT IS SO ORDERED.

DATED: 4/20/09

_____
UNITED STATES DISTRICT COURT

*IT IS SO ORDERED.*
*Judge Phyllis J. Hamilton*