Joseph A. Creitz, Cal Bar No. 169552
Email: joseph.creitz@gmail.com
THE LAW OFFICE OF JOSEPH A. CREITZ, P.C.
22 Battery Street, Suite 1000
San Francisco, CA 94111
Telephone: (415) 269-3675
Facsimile: (415) 513-4475

Joseph A. Garofolo, Cal. Bar No. 214614
Email: erisalaw@sbcglobal.net
LAW OFFICE OF JOSEPH A. GAROFOLO, P.C.
22 Battery Street, Suite 1000
San Francisco, CA 94111
Telephone: (415) 981-9775
Facsimile: (415) 981-9776

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LENA MONZON RAMOS,<br><br>  Plaintiff,<br><br>  v.<br><br>BANK OF AMERICA;<br>METROPOLITAN LIFE INSURANCE COMPANY; BANK OF AMERICA LONG TERM DISABILITY PLAN,<br><br>  Defendants. | CASE NO. CV 08-01375 PJH<br><br>**STIPULATED REQUEST FOR ENLARGEMENT OF PAGE LIMITATION**<br><br>and<br><br>**[PROPOSED] ORDER** DENYING REQUEST |

Pursuant to this Court's Order (Doc 39), Plaintiff's Motion to Compel discovery from Defendant Metropolitan Life Insurance Company must by filed no later than May 7, 2009.

Civil L.R. 37-2 requires that a Motion to Compel must set forth in full, each discovery request, objection, and response at issue.

Civil L.R. 7-2(b) and 7-4(b) both limit the length of Plaintiff's moving brief and any opposition, to 25 pages.

Defendants Metropolitan Life Insurance Company ("MetLife"), Bank of America Long

1  Term Disability Benefits Plan ("Plans" herein), and plaintiff Lena Monzon Ramos, by and
2  through their respective attorneys of record, hereby agree and stipulate as follows:
3      1.    Because of the number of discovery requests at issue, and the length of the
4  requests and responses, compliance with Civ. L.R. 37-2 requires approximately seventeen (17)
5  pages of Plaintiff's opening brief to be dedicated to setting forth the discovery at issue.  The
6  parties stipulate, therefore, that it is not practicable to adhere to the 25-page limit prescribed by
7  the Civ. L.R. 7-2(b) and 7-4(b), while also adhering to Civ. L.R. 37-2.
8      2.    Subject to the approval of the Court, the undersigned stipulate that the 25-page
9  limitations prescribed by Civ. L.R. 7-2(b) and 7-4(b) shall be enlarged to 37 pages for Plaintiff's
10 opening brief, and for any brief filed in opposition to it.
11     IT IS SO STIPULATED.
12 DATED:  May 4, 2009    SEDGWICK, DETERT, MORAN & ARNOLD LLP

14     By:  /s/ Rebecca Hull
    Rebecca A. Hull
15     Michelle Y. McIsaac
    Attorneys for Defendants
16     Metropolitan Life Insurance Company and Bank of
17     America Long Term Disability Benefits Plan

18 DATED:  May 4, 2009    THE LAW OFFICE OF JOSEPH A. CREITZ, P.C.
19     LAW OFFICE OF JOSEPH A. GAROFLO, P.C.

21     By:  /s/ Joseph A. Creitz
    Joseph A. Creitz
22     Attorney for Plaintiff
    Lena Monzon Ramos

24     ORDER

25     Upon the stipulation of the parties, and good cause appearing, IT IS SO ORDERED.
26 DATED:  5/5/09

27     UNITED STATES DISTRICT JUDGE

**DENIED**
Judge Phyllis J. Hamilton

-2-
STIPULATED REQEUST FOR ENLARGEMENT
OF PAGE LIMITATION AND [PROPOSED] ORDER
CASE NO. CV 08-01375 PJH