1  SEDGWICK, DETERT, MORAN & ARNOLD LLP
   REBECCA A. HULL  Bar No. 99802
2  MICHELLE Y. MCISAAC Bar No. 215294
   One Market Plaza
3  Steuart Tower, 8th Floor
   San Francisco, California 94105
4  Telephone: (415) 781-7900
   Facsimile: (415) 781-2635
5
6  Attorneys for Defendants
   Metropolitan Life Insurance Company and
   Bank of America Long Term Disability Benefits Plan
7  (erroneously sued as Bank of America Long Term Disability Plan)

8
                    UNITED STATES DISTRICT COURT
9
                  NORTHERN DISTRICT OF CALIFORNIA
10

11  LENA MONZON RAMOS,                    CASE NO. CV 08-01375 PJH

12             Plaintiff,                 **STIPULATION AND [~~PROPOSED~~]**
                                          **ORDER TO EXTEND BRIEFING**
13        v.                              **SCHEDULE FOR DISPOSITIVE**
                                          **MOTIONS**
14  BANK OF AMERICA; METROPOLITAN
    LIFE INSURANCE COMPANY; BANK
15  OF AMERICA LONG TERM
    DISABILITY PLAN,
16
               Defendants.
17

18

19        Defendants Metropolitan Life Insurance Company ("MetLife") and Bank of America

20  Long Term Disability Benefits Plan ("defendants" herein) and Plaintiff Lena Monzon Ramos, by

21  and through their attorneys of record, hereby agree and stipulate as follows:

22        1.      On January 29, 2010, this Court issued its Order regarding the standard of review,

23  which also clarifies whether Plaintiff may be permitted to offer evidence from outside the

24  administrative record (which generally is permissible only if review is for abuse of discretion).

25  (Doc. 63).  The Order determined that the abuse of discretion standard applies, and Plaintiff

26  therefore now intends to pursue pending discovery disputes that the parties had agreed to defer

27  while awaiting the Court's ruling on plaintiff's motion regarding the standard of review.

28        2.      The parties anticipate that some of the issues raised in the pending discovery

                                          -1-                CASE NO. CV 08-01375 PJH
   STIPULATION AND [PROPOSED] ORDER TO EXTEND BRIEFING SCHEDULE FOR DISPOSITIVE
                                        MOTIONS

1    disputes will require resolution by the Court, which in turn will require that the parties brief the

2    issues in a noticed motion or motions.  The parties are in agreement that such issues should be

3    briefed and resolved prior to briefing on the substance of plaintiff's claim, in the interest of

4    judicial economy and preservation of party and Court resources.

5           3.      The parties further agree that, if the anticipated motion is successful in any

6    appreciable degree, it will be necessary for the parties then to be permitted a reasonable period of

7    time in which to complete any discovery procedures that may have been ordered in response to

8    the plaintiff's motion for discovery.

9           4.      In light of all of the foregoing, and counsel's respective trial calendars, the parties

10   have met and conferred regarding a schedule for briefing and hearing on the parties' substantive

11   motions, have stipulated to, and request that the Court order, following briefing and hearing

12   schedule:

13           Plaintiff's and Defendant's opening briefs due          August 18, 2010

14           Opposition Memoranda due                                 September 1, 2010

15           Reply Memoranda due:                                     September 15, 2010

16           Hearing on cross motions:                                September 29, 2010 or the

17                                                                    earliest date thereafter that is

18                                                                    convenient to the Court

19           IT IS SO STIPULATED.

20

21           Date: February 12, 2010          ORRICK, HERRINGTON & SUTCLIFFE LLP

22

23                                            By            /s/ Kristen M. Jacoby
                                                     Patricia K. Gillette
24                                                   Kristen M. Jacoby
                                                  Attorneys For Defendant
25                                         Bank Of America Group Benefits Program

26

27

28

STIPULATION AND [PROPOSED] ORDER TO EXTEND BRIEFING SCHEDULE FOR DISPOSITIVE
MOTIONS

OHS West:260843235.1

1    DATED:  February 12, 2010         SEDGWICK, DETERT, MORAN & ARNOLD LLP

2

3                                      By:      /s/  Michelle Y. McIsaac
                                            Rebecca A. Hull
4                                           Michelle Y. McIsaac
                                            Attorneys for Defendants
5                                           Metropolitan Life Insurance Company and Bank of
                                            America Long Term Disability Benefits Plan
6

7
     DATED:  February 12, 2010         THE LAW OFFICE OF JOSEPH CREITZ, P.C.
8

9                                      By:     /s/ Joseph Creitz
10                                          Joseph Creitz
                                            Attorney for Plaintiff
11                                          Lena Monzon Ramos

12

13

14                                          ORDER

15          Upon the stipulation of the parties, IT IS SO ORDERED.

16

17   DATED: 2/17/10

18                                     UNITED STATES DISTRICT COURT JUDGE

19

20

21

22

23

24

25

26

27

28

                                        -3-                  CASE NO. CV 08-01375 PJH