1  SEDGWICK, DETERT, MORAN & ARNOLD LLP
   REBECCA A. HULL  Bar No. 99802
2  One Market Plaza
3  Steuart Tower, 8th Floor
   San Francisco, California 94105
4  Telephone: (415) 781-7900
   Facsimile: (415) 781-2635
5  rebecca.hull@sdma.com

6
   Attorneys for Defendants
7  Metropolitan Life Insurance Company
   and Bank of America Long Term Disability Benefits Plan
8

9

10                 UNITED STATES DISTRICT COURT

11                 NORTHERN DISTRICT OF CALIFORNIA

12

| | |
|---|---|
| LENA MONZON RAMOS, | CASE NO. CV-08-1375 PJH |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO EXTEND DATE FOR OPPOSITION BRIEFS ON PLAINTIFF'S AND DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT** |
| v. | |
| BANK OF AMERICA, a corporation, in its capacity as administrator of the BANK OF AMERICA LONG TERM DISABILITY PLAN; METROPOLITAN LIFE INSURANCE COMPANY, a corporation, in its capacities as a fiduciary and an administrator of the BANK OF AMERICAN LONG TERM DISABILITY PLAN; and BANK OF AMERICA LONG TERM DISABILITY PLAN an ERISA - regulated employee benefit plan, | Date:    Sept. 29, 2010<br>Time:   9:00 a.m.<br>Dept.:   Hon. Phyllis J. Hamilton |
| Defendants. | |

Plaintiff and defendants stipulate that defendants may request an enlargement of time for the parties to file their opposition memoranda on the parties' pending Motions for Summary Judgment. Defendants request that the Court modify its prior order prescribing a briefing schedule on the parties' cross-motions (Doc. 65), so as to extend the due date for opposition memoranda from September 1, 2010, to September 3, 2010. No change to the hearing date or date for filing reply briefs is requested. Plaintiff does not oppose this request or the relief sought.

Pursuant to Local Rule 6-2(a)(1), the enlargement of time is requested due to press of business, and a clerical oversight resulting in delay in a client's receipt of plaintiff's motion.

Dated:  August 30, 2010         SEDGWICK, DETERT, MORAN & ARNOLD LLP

By:/s/ Rebecca A. Hull
   Rebecca A. Hull
   Attorneys for Defendants
   Metropolitan Life Insurance Company
   and Bank of America Long Term Disability Plan

Dated:  August 30, 2010         ORRICK, HERRINGTON & SUTCLIFFE LLP

By:/s/ Sarah E. Coats
   Sarah E. Coats
   Attorneys for Defendant
   Bank of America Corporation Corporate Benefits
   Committee

Dated:  August 30, 2010         THE LAW OFFICE OF JOSEPH A. CREITZ, P.C.

   /s/ Joseph A. Creitz
   Joseph A. Creitz,
   Attorney for the Plaintiff

**ORDER**

On the stipulation of the parties, IT IS SO ORDERED. The parties' respective opposition briefs on motions for summary judgment shall be filed on or before September 3, 2010.

Date: 9/1/10

_____
United States District Judge

*IT IS SO ORDERED / Judge Phyllis J. Hamilton*

SF/1719030v1

STIP AND [PROPOSED] ORDER TO EXTEND BRIEFING DATE