UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LENA M. RAMOS,

    Plaintiff,

    v.

BANK OF AMERICA, et al.,

    Defendants.

_____/

No. C 08-1375 PJH

**ORDER**

    The Joint Exhibit to Plaintiff's and Defendants' Motions for Summary Judgment, filed August 18, 2010 (Docket No. 67) is missing pages Admin 0039, 0041, 0043, 0045, 0047, 0049, 0051, 0053, 0055, 0057, 0059, 0061, 0063, 0065, and 0067 (all purportedly filed as part of Exhibit 1-a).

    As at least some of these pages are referenced in the papers filed in support of and in opposition to the parties' cross-motions for summary judgment, presently set for hearing on November 10, 2010, the court will require that a complete copy of this Joint Exhibit be e-filed, and that a complete chambers copy be provided to the court, no later than the close of business on November 3, 2010.

**IT IS SO ORDERED.**

Dated: November 2, 2010

_____
PHYLLIS J. HAMILTON
United States District Judge